# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00556-CV

**Charles Hofferber, Appellant**

**v.**

**Sharon Kerby and Wesley Kerby, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
### NO. 49024-3, HONORABLE GERALD M. BROWN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Charles Hofferber filed a notice of bankruptcy with this Court (bankruptcy filed in United States Bankruptcy Court, E.D. Texas, chapter 7, case number 05-47484). Accordingly, his appeal is stayed. *See* 11 U.S.C. § 362(a) (West 2004); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event which allows the case to proceed. *See* Tex. R. App. P. 8.3(a). Failure to notify this Court of a lift of the automatic stay or termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed:   February 23, 2006